BRAUNHAGEY & BORDEN LLP
San Francisco & New York

Christman Rice
Partner
rice@braunhagey.com

September 30, 2026

**VIA ECF**

The Honorable Jeannette A. Vargas
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

**Re: *SS&C Technologies, Inc., et al. v. MCS Healthcare Holdings, LLC, et al.*, No. 26-cv-8577-JAV (formerly No. 26-mc-474-LJL)**

Dear Judge Vargas:

We represent Plaintiffs SS&C Technologies, Inc., SS&C Technologies Holdings, Inc., and DST Health Solutions, LLC (collectively, "SS&C") in the above-captioned action. We write to notify the Court that, contemporaneously with this submission, SS&C is filing a Motion for Preliminary Injunction and supporting papers in the form they were submitted and approved as part of a miscellaneous action seeking leave to initiate this case under seal. (*See* No. 26-mc-474, ECF No. 3.) Portions of those papers are sealed and/or redacted pursuant to Judge Liman's order in the miscellaneous action dated September 29, 2026 and entered in this action as "ORDER REDACTING PLEADING FILED IN 26MC474." (*See also* No. 26-mc-474, ECF No. 4.)

We are cognizant both of Your Honor's Individual Rules and Judge Liman's note that his order was "subject to reconsideration by the assigned District Judge." (*Id.*) Should Your Honor reconsider any aspect of Judge Liman's order or otherwise direct SS&C to submit amended or additional papers, we will do so promptly—and we are available for a conference to discuss these or any other issues at the Court's convenience.

We thank the Court for its consideration, and we look forward to appearing before Your Honor in this matter.

Respectfully submitted,

Christman Rice

**San Francisco**
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel.: (415) 599-0210
Fax: (415) 276-1808

**New York**
200 Madison Avenue, 23rd Floor
New York, NY 10016
Tel.: (646) 829-9403
Fax: (646) 403-4089