**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SS&C TECHNOLOGIES, INC.; SS&C TECHNOLOGIES HOLDINGS, INC.; and DST HEALTH SOLUTIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MCS HEALTHCARE HOLDINGS, LLC and MEDICAL CARD SYSTEM, INC.,<br><br>Defendants. | Case No. ________________<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, the Declaration of Christman Rice, the Declaration of Tori Dargati, and all exhibits thereto, and all prior pleadings and proceedings in this action, Plaintiffs SS&C Technologies, Inc.; SS&C Technologies Holdings, Inc.; and DST Health Solutions, LLC ("SS&C") will move this Court pursuant to Federal Rule of Civil Procedure 65(a), at a date and time to be designated by the Court, for an order (a) preliminarily enjoining Defendants MCS Healthcare Holdings, LLC and Medical Card System, Inc. ("MCS"), during the pendency of this action, from (i) disclosing any of SS&C's Confidential Information (as defined in the Perpetual Source Code Licensing Agreement dated June 30, 2025 (the "Agreement")) to MedImpact Healthcare Systems, Inc. (with its affiliates, "MedImpact")—or any other third party—in connection with pre-acquisition diligence or other disclosures, and (ii) consummating an acquisition of MCS by MedImpact without SS&C's prior written consent as required by Section 6.5 of the Agreement, (b) ordering MCS to submit to targeted discovery on an expedited basis, and (c) granting such other and further relief as the Court deems just and proper.

Dated: September 25, 2026

**BRAUNHAGEY & BORDEN LLP**

By: */s/ Christman Rice*

Christman Rice
Marissa R. Benavides
Seth Massey
Samuel Libby
**BRAUNHAGEY & BORDEN LLP**
200 Madison Avenue, 23rd Floor
New York, NY 10016
Telephone: (646) 829-9403
Facsimile: (646) 403-4089
rice@braunhagey.com

*Counsel for Plaintiffs SS&C Technologies, Inc., et al.*