UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SS&C TECHNOLOGIES, INC.; SS&C TECHNOLOGIES HOLDINGS, INC.; and DST HEALTH SOLUTIONS, LLC,

Plaintiffs,

v.

MCS HEALTHCARE HOLDINGS, LLC and MEDICAL CARD SYSTEM, INC.,

Defendants.

Case No. _______________

**DECLARATION OF TORI DARGATI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Tori Dargati, declare:

1. I am the General Manager of DST Health Solutions, LLC (together with its affiliates, "SS&C"). In my capacity as General Manager, I am responsible for overseeing SS&C's day-to-day operations, including the development, maintenance, licensing, and commercialization of SS&C's healthcare software platforms, including the platforms at issue in this case. I also oversee the medical claims management business, pharmacy claims management, and the DomaniRx joint venture, which involves a pharmacy claims adjudication platform that also functions as a pharmacy benefit administrator.

2. I have personal knowledge of the facts set forth in this declaration. Unless otherwise indicated, the statements in this declaration are based on my own firsthand experience, my review of business records maintained by SS&C in the ordinary course of business, my discussions with SS&C personnel with relevant knowledge, and my direct involvement in the day-to-day operations of SS&C.

3. Attached hereto as Exhibit A is a true and correct copy of the Perpetual Source Code Licensing Agreement (the "Agreement"), dated June 30, 2025.

**A. The PowerMHS Platform**

4. SS&C owns and licenses an industry-leading healthcare claims processing and administration platform called PowerMHS. PowerMHS's unique and proprietary architecture permits health plans to efficiently administer high volumes of medical claims in a HIPAA-compliant manner through, for instance: customizable rules-based adjudication of claims; batch and real-time claims processing; efficient routing of claims that require manual review; front-end data capture; client oversight of enrollment and eligibility, pre-authorization guidelines, medical policy rules, and provider management and billing; and downstream integration with enrollment, eligibility, and financial posting systems.

5. SS&C has invested hundreds of millions of dollars in developing and refining PowerMHS and its other software platforms in the healthcare space.

6. PowerMHS's value derives from its proprietary internal architecture and logic, business rules, user interface, and database design. PowerMHS's architecture and functionality reflect decades of SS&C industry expertise and are tightly guarded trade secrets. SS&C continues to rely on the technical innovations contained within the PowerMHS platform across many of its commercial products.

7. In 2024, SS&C communicated to clients its plans to transition its clients to its new AMISYS Advance platform. AMISYS Advance is a next-generation, AI-enabled platform developed by some of the same subject-matter experts who worked on PowerMHS. Both platforms reflect SS&C's responses to client requests, customization requests, market feedback, and regulatory and industry developments. SS&C has made changes to both products based on client feedback from clients that operate in the same markets as MCS. Therefore, PowerMHS has—and will continue to have—commercial value to SS&C after 2026 and remains competitively sensitive.

8. When SS&C licenses PowerMHS, it protects its trade secrets through contractual provisions that impose strict confidentiality obligations, retain SS&C's ownership of the platform and all derivatives of the software, prohibit third-party access and disclosure, provide SS&C with audit rights, and give SS&C the ability to object to assignment to a third party.

9. SS&C also maintains rigorous technical safeguards for the PowerMHS source code. Ordinarily, the source code and executables are hosted locally on an iSeries environment at SS&C's Winchester datacenter, which is not connected to the internet. Access is restricted to user IDs and passwords provisioned by SS&C's security team via iSeries security to SS&C employees. No clients have credentials to access this system. All source code and executables

are encrypted at rest. The Winchester datacenter also employs additional physical and electronic security measures.

10. SS&C also maintains the confidentiality of other information regarding the PowerMHS beyond the source code itself, including its technical documentation and other documents or information detailing or describing the platform's internal architecture, business logic, and other key aspects. This information is maintained on secure SS&C servers and devices, and only a limited subset of SS&C personnel have access to such documents or information via their SS&C-issued, password-protected devices and/or credentials.

**B. The 2025 Agreement and Its Anti-Assignment Protections**

11. MCS is a longtime SS&C client. In October 2024, during a quarterly business review with MCS, SS&C informed MCS that it was ending routine support for PowerMHS at the end of 2026 as it transitioned clients to its AMISYS Advance. As an alternative to transitioning to AMISYS Advance, SS&C offered MCS the option of licensing the PowerMHS source code for approximately $3.5 million.

12. In April 2025, MCS chose to license the PowerMHS source code rather than change platforms. SS&C then circulated a proposed license agreement to MCS.

13. SS&C and MCS then exchanged draft agreements, with "redline" markups reflecting each side's proposed changes.

14. Attached hereto as Exhibit B is a true and correct copy of MCS's markup dated June 25, 2025.

15. Attached hereto as Exhibit C is a true and correct copy of SS&C's response to MCS's markup, dated June 25, 2025.

16. Attached hereto as Exhibit D is a true and correct copy of MCS's markup dated June 27, 2025.

17. Attached hereto as Exhibit E is a true and correct copy of SS&C's markup dated June 27, 2025.

18. Eventually, the parties executed the Agreement on June 30, 2025, and the final, executed agreement is attached hereto as Exhibit A.

**C. MCS's Consent Request and the Threat of Irreparable Competitive Harm**

19. On August 5, 2026, MCS first informed SS&C that it was being acquired by MedImpact Healthcare Systems, Inc. ("MedImpact"). MCS sought SS&C's consent to the transaction (the "Proposed Sale").

20. MedImpact is a direct competitor of SS&C across multiple segments of the healthcare technology and benefits administration industry. MedImpact's Verdegard platform competes directly with PowerMHS. Additionally, SS&C and MedImpact regularly compete for the same customers and submit bids in response to the same requests for proposal from current and potential clients.

21. Beginning in at least October 2024, SS&C and MedImpact competed head-to-head for MCS's pharmacy benefit manager business. After presenting directly to MCS's Chief Pharmacy Officer, Dr. Carolyn Rodriguez, SS&C lost the bid to MedImpact.

22. On a September 2, 2026 meeting via Microsoft Teams that included me and James O'Drobinak, MCS's Chief Executive Officer, I explained to Mr. O'Drobinak that the Proposed Sale raised serious competitive concerns. Even so, to reach a resolution, I made clear to Mr. O'Drobinak that SS&C was open to a commercial resolution that accounted for SS&C's competitive and other concerns. In response, Mr. O'Drobinak acknowledged my proposal and ended the call without providing an alternative or counter proposal.

23. Attached hereto as Exhibit F is a true and correct copy of my email to Mr. O'Drobinak on September 10, 2026.

24. To date, MCS has not provided a counteroffer to the proposal I made on our September 2 teleconference.

**D. Threat of Irreparable Competitive Harm**

25. The Proposed Sale threatens to undermine SS&C's business by enabling employees of MedImpact, a direct competitor, to view and learn from the confidential aspects of the PowerMHS platform that are currently in MCS's possession. That includes, among other things, the source code underpinning the product, other confidential documentation and information, the terms of the Agreement itself (including pricing), and even the experience and knowledge of the products' functionality that the MCS team has developed over the years during which they have been using the PowerMHS product.

26. With access to that information, MedImpact (or another competitor) could replicate or improve on SS&C's offerings, undercut SS&C's pricing, and target SS&C's customers with competing products built on SS&C's own proprietary innovations.

27. SS&C would suffer irreparable harm if MedImpact were able to reverse engineer any significant aspect of PowerMHS or its derivatives. The Proposed Sale would more easily enable MedImpact to reverse engineer the PowerMHS architecture, logic, user interface, workflow, and other confidential aspects of the technology. Because many of SS&C's software products rely on a similar infrastructure as PowerMHS—and because that architecture is based on and instantiates decades of SS&C's industry expertise and client feedback—any attempt by MedImpact to reverse engineer PowerMHS would threaten multiple lines of SS&C's business.

28. SS&C would suffer irreparable harm if MedImpact obtains access to the documentation supporting the PowerMHS software that MCS currently possesses. Disclosure of such documentation would permit MedImpact to understand SS&C's proprietary architecture, internal logic, and design—even if it never accessed the PowerMHS source code directly. That

is why SS&C made sure to define "Confidential Information" in the Agreement to include these and other aspects of the PowerMHS technology beyond the source code itself.

29. SS&C would suffer irreparable harm from any MedImpact employees observing, learning from, or interacting with the PowerMHS software, source code, or other documentation in any fashion. If the Proposed Sale proceeds, MedImpact personnel would likely work side-by-side with MCS employees who possess substantial technical knowledge about the PowerMHS software and its inner workings. Through years of operating, modifying, and building on the PowerMHS platform, MCS personnel have developed detailed knowledge of PowerMHS's architecture, functionality, and design. Their new proximity to MedImpact personnel risks knowledge transfer that could potentially cause independent and irreparable harm to SS&C.

30. Once SS&C's trade secrets are disclosed to a competitor, the harm to SS&C cannot be undone.

I declare under penalty of perjury under the laws of the United States and all applicable state law that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 24, 2026

DocuSigned by:
Tori Dargati
AAEB95D8D43B4E1...

Tori Dargati

# EXHIBIT A - FILED UNDER SEAL

# EXHIBIT B - FILED UNDER SEAL

# EXHIBIT C - FILED UNDER SEAL

# EXHIBIT D - FILED UNDER SEAL

# EXHIBIT E - FILED UNDER SEAL

# EXHIBIT F - FILED UNDER SEAL