UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SS&C TECHNOLOGIES, INC., Plaintiff, -v- DST HEALTH SOLUTIONS, LLC, Defendants. | : | 26-CV-8577 (JAV) ORDER |

JEANNETTE A. VARGAS, United States District Judge:

On this day, Plaintiff SS&C Technologies, Inc. ("Plaintiff") filed a Motion for Preliminary Injunction, ECF No. 7.

The Court ORDERS the parties to meet and confer with respect to the following questions:

1) Whether any party will be seeking expedited discovery in connection with the motion for a preliminary injunction, and if so, the nature of such discovery and the length of time that would be required for such discovery;
2) Whether any party requests an evidentiary hearing in connection with the motion for a preliminary injunction, and if so, the timing and anticipated length of such a hearing;
3) If an evidentiary hearing is requested, proposed dates for such a hearing (confirming the availability of any testifying witnesses with respect to such dates);
4) Whether the Court should consolidate a hearing on the preliminary injunction motion with a trial on the merits, pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure;

By **October 14, 2026**, the parties should submit a joint letter not to exceed 5 single-spaced pages in length, setting forth the parties' agreement or, if no agreement is reached, their respective positions on each of these questions. The joint letter should address each of these questions separately, in subparts set forth under the reproduced question. The joint letter should also set forth the parties' proposed briefing schedule for the motion for preliminary injunction.

**Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this Order and (2) to file proof of such notice with the Court.** If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this Order to that party personally.

SO ORDERED.

Dated: October 7, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge