UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SS&C TECHNOLOGIES, INC.; SS&C TECHNOLOGIES HOLDINGS, INC.; and DST HEALTH SOLUTIONS, LLC,

Plaintiffs,

-v-

MCS HEALTHCARE HOLDINGS, LLC; and MEDICAL CARD SYSTEM, INC.,

Defendants.

26-cv-8577 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is plaintiffs' motion for a preliminary injunction. See ECF Nos. 7 and 8. Upon full consideration of the record and briefing, as well as the arguments presented at oral argument on November 6, 2026, the Court hereby denies plaintiffs' motion. An Opinion explaining the reasons for this ruling will issue in due course. The Clerk's Office is respectfully directed to close ECF Nos. 7 and 8.

SO ORDERED.

New York, NY
November 6, 2026

JED S. RAKOFF, U.S.D.J.